FILED: July 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4111

(8:13-cr-00100-PWG-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ALI SABOONCHI

  Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 08/27/2015

Opening brief due: 08/27/2015

Response brief due: 09/21/2015

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk